IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WEDGEWOOD,

    Plaintiff,

v.

MATIJA TURKALJ,

    Defendant.

No. C 15-01975 WHA

**ORDER TO SHOW CAUSE**

    On April 13, 2015, the undersigned judge remanded this unlawful detainer action to Contra Costa Country Superior Court because there was no federal jurisdiction (Case No 15-CV-1015 Dkt. No. 11). On May 1, defendant Matija Turkalj, proceeding *pro se*, again removed this action to federal court, despite the previous remand. Defendant Turkalj is hereby **ORDERED TO SHOW CAUSE BY NOON ON MAY 11, 2015**, why this action should not be remanded to state court again.

    **IT IS SO ORDERED.**

Dated: May 6, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE