IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WEDGEWOOD,

    Plaintiff,

  v.

MATIJA TURKALJ,

    Defendant.

No. C 15-01975 WHA

**ORDER REMANDING CASE**

On April 13, 2015, the undersigned judge remanded this unlawful detainer action to Contra Costa Country Superior Court because there was no federal jurisdiction (Case No 15-C-1015 Dkt. No. 11). On May 1, defendant Matija Turkalj, proceeding *pro se*, again removed this action to federal court, despite the previous remand. Defendant Turkalj was ordered to show cause as to why this action should not be remanded to state court again.

In response to the order to show cause, defendant argued that he removed the case to federal court because the unlawful detainer action, filed against him in state court, violated his Fourteenth Amendment rights due to his national origin. As stated in the first order remanding defendant's case, this is not a proper basis for removal. Accordingly, **THE CLERK SHALL REMAND THE CASE TO CONTRA COSTA COUNTY SUPERIOR COURT**.

    **IT IS SO ORDERED.**

Dated: May 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE